**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**Z.W., by and through his parents and
next friends, S.W. and P.W.;**

     Plaintiff,

v.                                                                                    CIV No. 20-00525

**JOHN HERRERA, in his individual
capacity; Albuquerque Public School
District;**

     Defendants.

**<u>NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §1441(a) and 1446(a), Defendants, John Herrera and the Albuquerque Public Schools, through their attorneys, Robles, Rael, & Anaya, P.C. (Luis Robles) give Notice of Removal to this Court of the civil action filed in the Second Judicial District Court for the State of New Mexico, County of Bernalillo, Cause No. D-202-CV-2020-02475 ("State Court Action"), by Plaintiff, Z.W., by and through his parents and next of friends, S.W. and P.W, and as grounds therefore state:

1.     On March 3, 2020, Plaintiff filed a Complaint for Civil Rights Violations, Negligence, and Other Tortious Conduct (*hereinafter* referred to as "Complaint"). An endorsed copy of the Complaint is attached hereto as **Exhibit A**.

2.     Defendant Albuquerque Public Schools (*hereinafter* referred to as "APS") was served a copy of Plaintiff's Complaint on May 11, 2020.

3. Defendant, John Herrera (*hereinafter* referred to as "Herrera"), was served a copy of Plaintiff's Complaint on or about May 11, 2020.

4. Upon information and belief, this Notice of Removal is timely because it is filed within 30 days of service upon APS.

5. Herrera consents to removal.

6. Pursuant to 28 U.S.C. § 1446(d), copies of the Notice of Removal will be promptly given to all adverse parties and a copy of the Notice of Removal will be filed with the Clerk of the Second Judicial District Court, County of Bernalillo, State of New Mexico.

7. The claims stated against Defendants in the Complaint are subject to the jurisdiction of this Court pursuant to 42 U.S.C. § 1983:

 a. This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's Complaint is founded, in part, on claims or rights arising under the Constitution and laws of the United States.

 b. An actual controversy exists because Plaintiff's Complaint alleges in Count I that Herrera and APS violated Z.W.'s Fourteenth Amendment right to be free of unreasonable seizure, which includes the right to be free from use of excessive force during a seizure.

8. Plaintiff's right to bring an action for the violation of his federal civil rights was created by federal law, specifically the Civil Rights Act of 1871, as amended and codified at 42 U.S.C. § 1983.

9. A federal question appears on the face of Plaintiff's Complaint in Count I, by alleging that Herrera and APS violated Z.W.'s Fourteenth Amendment right to be free of unreasonable

seizure, which includes the right to be free from use of excessive force during a seizure.

10.    The Court has supplemental jurisdiction over the state tort claim in Count II of Plaintiff's Complaint pursuant to NMSA 1978, §§ 41-4-1, *et seq*.

11.    A federal question appears on the face of Plaintiff's Complaint.  There is an actual controversy.

12.    Pursuant to Rule 81.1(a) of the Local Rules of the United States District Court for the District of New Mexico, Defendants will, within twenty-eight (28) days, file a Notice of Filing of State Court Record and certified copies of the pleadings filed in the Second Judicial District Court for the State of New Mexico, County of Bernalillo in Cause No D-202-CV-2020-02475.

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**

By:    /s/ Luis Robles
       Luis Robles
       Attorney for Defendants
       500 Marquette Ave., NW, Suite 700
       Albuquerque, New Mexico 87102
       (505) 242-2228
       (505) 242-1106 (facsimile)
       luis@roblesrael.com

3

I hereby certify that on this 1<u>st</u> day of
June, 2020, the foregoing was served
via the CM/ECF system and served via
electronic mail as follows:

Carolyn M. Nichols
Maggie H. Lane
Late S. Thompson
Rothstein Donatelli LLP
500 4th St., NW, Suite 400
Albuquerque, NM 87102
cmnichols@rothsteinlaw.com
mhlane@rothsteinlaw.com
kthompson@rothsteinlaw.com

*Attorneys for Plaintiff*

 /s/ Luis Robles
Luis Robles